

**IN THE**
**TENTH COURT OF APPEALS**

———————

**No. 10-18-00098-CR**

**IN RE ROBERT WHITFIELD**

———————

**Original Proceeding**

———————

**MEMORANDUM OPINION**

———————

Relator Robert Whitfield has filed a petition for writ of mandamus,[1] seeking mandamus relief against Teresa Black, the District Clerk of Freestone County.

A court of appeals has no jurisdiction to issue a writ of mandamus against a district clerk except to protect its jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a), (b) (West Supp. 2017); *In re Bernard*, 993 S.W.2d 453, 454 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding). Relator's petition does not allege facts that require us to protect our jurisdiction, so we do not have jurisdiction to decide his petition for writ of mandamus against the District Clerk.

---

[1] The petition has several procedural deficiencies. *See* TEX. R. APP. P. 52.3, 52.7. However, because of our disposition and to expedite it, we will implement Rule 2 and suspend these rules. *Id.* 2.

We thus dismiss the petition for want of jurisdiction.

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition dismissed
Opinion delivered and filed March 28, 2018
Do not publish
[OT06]

